

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VILMA LUZ GUEVARA,<br><br>Defendant. | Case No. SA 11-546-M<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

The defendant having been arrested in this judicial district pursuant to a warrant and related order issued by the Honorable Tena Campbell, United States District Judge, of the United States District Court for the District of Utah - Central Division, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's lack of bail resources, and the nature of the charge offense, which indicates the defendant is unlikely to comply with conditions of release; and

1 | B. (X) The defendant has not met her burden of establishing by clear and convincing
2 | evidence that she is not likely to pose a danger to the safety of any other
3 | person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4 | finding is based on the nature of the charged offense and her criminal history.
5 |
6 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
7 | revocation proceedings in the charging district.
8 |
9 |
10 | Dated: November 4, 2011
11 |                                        /s/   Arthur Nakazato
                                      ARTHUR NAKAZATO
12 |                                        UNITES STATES MAGISTRATE JUDGE